

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00083-CV

Tommy R. **YATES** and All Occupants of 9531 Cross Ridge, San Antonio, Texas 78263,
Appellant

v.

**WIOSA, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04364
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, costs of the appeal are not taxed. *See* TEX. R. APP. P. 20.1(b)(1) ("A party who filed a Statement of Inability to Afford Payment of Court Costs in the trial court is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145.").

SIGNED December 7, 2022.

_____
Rebeca C. Martinez, Chief Justice